MARY-ALICE RODGERS, Respondent, *v.* WILLIAM H. RODGERS, Appellant.

Submitted July 15, 1952; decided July 15, 1952.

*Maurice R. Whitebook* for motion.
*Roger Hinds* opposed.

Motion denied, with $10 costs. [See 304 N. Y. 591.]